# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
4:27 pm, 7/23/20
U.S. Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | ☑ Violation Notice ☐ Information ☐ Complaint |
| | Plaintiff | |
| vs | | Case Number 5:20-PO-00516-MLC-1 |
| AARON E MERRITT | | |
| | Defendant | |

Violation Charged: Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails

Citation Number (9111381)

Date Violation Notice Issued 07/07/2020   Place Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:04-9:04                           Interpreter

Date July 23, 2020                       Interpreter Telephone

Before the Honorable Mark L. Carman

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear    Warrant issued on Jul 23, 2020

☐ Appeared    ☐ By telephone
              ☐ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
     reason:

☐ Bail is set at
              ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

WY 59                                                Rev. 06/17/2020

Petty Offenses/Misdemeanors Minute Sheet
5:20-PO-00516-MLC-1

| **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:** |
|---|
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| This consent was made    ☐ orally    ☐ in writing |

☐ Informed of charges and rights        Date
☐ Defendant arraigned                   Date
☐ Court accepts plea        Defendant enters ☐ Guilty        ☐ Not Guilty Plea
☐ Trial    Witnesses

☐ Disposition
   ☐ Not Guilty
   ☐ Guilty
   ☐ Dismissed
   ☐ Collateral Forfeited
   ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
      ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                          Payable
☐ Restitution                   To
☐ Community Service             To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  $10,000.00 Warrant