UNTED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Docket No.: 1:21-mj-00142-JCN |
| ) | |
| **AARON E. MERRITT** ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves:

   \_\_\_   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   \_\_\_   Crime of violence

   \_\_\_   Maximum sentence life imprisonment or death

   \_\_\_   10+ year drug offense

   \_\_\_   Felony, with two prior convictions in above categories

   \_\_\_   Serious risk defendant will flee

   \_\_\_   Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

   (i)   Temporary Detention.

   _____

   _____

   (ii) <u>Other than Temporary Detention</u>.   The court should detain the defendant because there are no conditions of release which will reasonably assure:

   _X_   Defendant's appearance as required

    \_\_\_   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.   The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).   The presumption applies here because:

    \_\_\_   Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*), or chapter 705 of title 46, or an offense under section 924(c), 956(a), or 2332b of title 18.

    \_\_\_   Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Date of Detention Hearing</u>.   The United States requests that the detention hearing be held after a continuance of three days.

5. <u>Length of Detention Hearing</u>.   The United States will require a half hour to present its case for detention.

6. <u>Other Relevant Matters</u>. N/A

Date: June 7, 2021
                                                  DONALD E. CLARK
                                                  Acting United States Attorney

                                                  **BY:   /s/ JOEL B. CASEY**
                                                  JOEL B. CASEY
                                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2021, I electronically filed The Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

Counsel for the Defendant
Jeremy Pratt, Esq., at jeremy@midcoastlaw.com

                                        Donald E. Clark
                                        Acting United States Attorney

                                        BY:   /s/   Joel B. Casey
                                        Joel B. Casey
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        202 Harlow Street, Room 111
                                        Bangor, ME   04401
                                        (207) 945-0373
                                        Joel.casey@usdoj.gov