# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYNP | 9111381 | VITOLINS | 2627 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/07/2020 2030
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 7.13 (j)
Place of Offense: OLD FAITHFUL GEYSER

Offense Description: Factual Basis for Charge — HAZMAT ☐

THERMAL TRESPASS

### DEFENDANT INFORMATION
Last Name: MERRITT
First Name: AARON
M.I.: E
State: MI
D.L. State: MI
Adult ☒ Juvenile ☐  Sex: ☒ Male ☐ Female
Hair: BR  Eyes: BLU  Height: 5'09"  Weight: 200

### VEHICLE

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

animal+co@gmail.com

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Date: 07/23/2020
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

NP20079101

---

Location Code WYNP
VN#: 9111381, NPS CI # NP20079101 Ranger: K. Vitolins

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on July 7th, 2020, at approximately 2030 hrs, while exercising my duties as a law enforcement officer in the District of Wyoming, inside the exterior boundaries of Yellowstone National Park:

I received notification from Yellowstone Communications Center that an individual wearing a racoon skin cap holding an American flag had run out onto the thermal area and up to the cone of Old Faithful.

I responded to the Old Faithful geyser and could see from the parking lot, an individual sitting on a bench on the boardwalk at the Old Faithful viewing area holding an American flag.

I approached the subject as he walked around the boardwalk toward the Upper Geyser Basin trail. By the time I caught up to him, he had reentered the thermal area. There were signs on the ground warning of the thermal area that he walked by to enter the thermal area. The individual was approximately 50 feet off boardwalk. The male was approaching the backside of the Old Faithful cone when I called him back to the boardwalk. The individual complied with my commands.

I identified the individual as Aaron E. MERRITT by his Michigan driver's license. MERRITT told me he went "way out there", but never got to the cone. Old Faithful was predicted to erupt at 2108. Old Faithful actually erupted at 2103 and lasted for four minutes and nine seconds.

I cited MERRITT for 36 CFR 7.13 (j) – Foot travel in a thermal area.

Court date: July 23, 2020 at 0900 hours.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/08/2020
Date (mm/dd/yyyy)   Officer's Signature: Kristin Vitolins

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge